■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMRI PATTERSON, Appellant. [46 NYS3d 915]—Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered May 7, 2013, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court did not improvidently exercise its discretion in permitting the People to present the testimony of a witness who was not on their witness list (see People v Plume, 306 AD2d 916, 917 [2003]; People v Shabazz, 246 AD2d 831, 832 [1998]; People v Williams, 243 AD2d 833, 837 [1997]). Contrary to the defendant's contention, there was no evidence of deceit or trickery on the part of the People, or any substantial prejudice to him (see People v Tayo, 133 AD3d 499, 500 [2015]; People v Pedraza, 25 AD3d 394, 394-395 [2006]; cf. People v Bennett, 40 AD3d 653, 655 [2007]).

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Rivera, J.P., Roman, Duffy and Brathwaite Nelson, JJ., concur.